**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Defendant Mr. Corona-Reyes

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**FELIPE CORONA-REYES**,<br>Defendant. | Case No. 08mj0094<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: January 17, 2008

s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org